No. 621.   REED *v.* PENNSYLVANIA RAILROAD Co.   C. A. 3d Cir.   Certiorari granted.   *Joseph S. Lord, III,* for petitioner.   *Philip Price* for respondent.

No. 137, Misc.   POLLARD *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari granted.   Petitioner *pro se.   Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 557.   DAVIS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.   *Randolph E. Paul* and *Louis Eisenstein* for petitioner.   *Solicitor General Sobeloff, Acting Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 564.   CANTON *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.   *Hayner N. Larson* for petitioner. *Solicitor General Sobeloff, Acting Assistant Attorney General Rice* and *Dickinson Thatcher* for the United States.

No. 569.   RISSER ET AL. *v.* CITY OF LITTLE ROCK, ARK., ET AL.   Supreme Court of Arkansas.   Certiorari denied.   *Bernal Seamster* for petitioners.   *Pat Mehaffy* and *O. D. Longstreth, Jr.* for respondents.

No. 583.   THOMPSON, EXECUTRIX, *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 8th Cir.   Certiorari denied.   *Clarence E. Dawson* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Holland, Ralph S. Spritzer, Robert N. Anderson* and *Carolyn R. Just* for respondent.